437 A.2d 1019

Commonwealth v. Jones, Appellant.

Petition for Allowance of Appeal Denied March 26, 1982.

Submitted September 11, 1980. James J. Phelan, Jr., for appellant; Sarah B. Van den Braak, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

437 A.2d 1019

Commonwealth v. Lee, Appellant.

Submitted April 30, 1981. Raymond H. Bogaty, for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

Order affirmed.